1  Stephen R. Cornwell, CA Bar #40737
   CORNWELL & SAMPLE, LLP
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA 93711-0761
   Telephone: (559) 431-3142
4  Facsimile: (559) 436-1135

5  Attorneys for Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO
6  LORENZO, and JOSE LORENZO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 MELINDA AVILA, GRETEL LORENZO,)  CASE NO.: 1:15-cv-00996-JAM-GSA
   ALFREDO LORENZO, and JOSE     )
11 LORENZO,                      )
                                 )
12              Plaintiffs,      )
                                 )
13      v.                       )
                                 )
14 STATE OF CALIFORNIA; COUNTY OF)  **STIPULATION AND ORDER RE
   MADERA; RICHARD GONZALES;     )  DISMISSAL OF DEFENDANT
15 PAUL VARNER; GUY RICH and DOES )  NICHOLAS COSENTINO ONLY
16 3 through 100, inclusive,     )  WITH PREJUDICE**
                                 )
17              Defendants.      )
                                 )
18

19 **TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF
20 THE COURT IN THE ABOVE-ENTITLED ACTION:**

21

22         Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO
23 LORENZO, and JOSE LORENZO and Defendant NICHOLAS COSENTINO **only**
24 (collectively referred to as the "Parties") acknowledge that a bona fide dispute exists
25 between the Parties in connection with the allegations in this lawsuit and that the Parties
26 have agreed to resolve their disputes for fair consideration, conditioned upon dismissal of
27 this lawsuit with prejudice in exchange for a waiver of costs and attorneys fees.
28 / / /

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO and Defendant NICHOLAS COSENTINO **only**, through their respective counsel of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his/her own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: July 15, 2015.                                     CORNWELL & SAMPLE, LLP

By:_____/s/_____
Stephen R. Cornwell
Attorneys for Plaintiffs
MELINDA AVILA, GRETEL LORENZO,
ALFREDO LORENZO, and JOSE LORENZO

DATED: July 17, 2015.

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

By:____/s/_____
Catherine Woodbridge Guess
Attorneys for Defendants
State of California by and through California
Highway Patrol and Officer Varner and
Cosentino

| | |
|---|---|
| DATED:  August 3, 2015. | COTA COLE LLP |
| | By:_____/s/_____<br>Carolyn J. Frank<br>Daniel S. Roberts<br>Sean D. Deburgh<br>Attorneys for Defendants<br>County of Madera, Richard Gonzales,<br>and Guy Rich |

**IT IS SO ORDERED.**

DATED:  8/4/2015                              /s/ John A. Mendez_____
                                             United States District Court Judge

F:\Cases\AVILA.Melinda\PLEADINGS\FEDERAL COURT\STIPULATION AND ORDER OF DISMISSAL.Cosentino Defendant.doc

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711