Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

**(SPACE BELOW FOR FILING STAMP ONLY)**

Attorneys for Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO,

Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF MADERA; RICHARD GONZALES; PAUL VARNER; GUY RICH and DOES 3 through 100, inclusive,

Defendants.

CASE NO.: 1:15-cv-00996-JAM-EPG

[*Removed from Fresno County Superior Court, Civil Case No. MCV067084*]

**STIPULATION TO CONTINUE DATES FOR DESIGNATION OF EXPERTS;  ORDER**

**FINAL PRE-TRIAL: August 4, 2017**
**TRIAL: September 11, 2017**

This stipulation to extend current expert disclosure and discovery deadlines is made by and between counsel for Plaintiffs Melinda Avila, Gretel Lorenzo, Alfredo Lorenzo and Jose Lorenzo and counsel for Defendants State of California, County of Madera, Richard Gonzales and Paul Varner.

**Recitals**

The parties jointly agree that to facilitate and complete full discovery in this case, the expert disclosure and expert discovery deadlines currently set for the in the Court's Pre-Trial Scheduling Order (ECF No. 31) should be extended. Such extension will have no effect on the trial date in this case.

1  Whereas, the parties are engaged in discovery now and find it in their mutual
2  best interests or are otherwise agreeable to modify the dates for various tasks to be
3  accomplished and wish to modify those dates to accommodate scheduling.

## STIPULATION

5  Now, THEREFORE, the parties do hereby stipulate and propose the
6  following extended dates, by and through their counsel as follows:

7  1. The original Expert Disclosure was February 17, 2017. The parties agree to
8  disclose experts on March 17, 2017.
9  2. The original Supplemental Expert Disclosure was March 17, 2017. The
10  parties agree to extend the date for Supplemental Expert Disclosure to April
11  17, 2017.
12  3. The original deadline for completing discovery was April 14, 2017. The
13  parties agree discovery will close on April 28, 2017.
14  4. The parties agree that all other deadlines will remain in place as set out in the
15  Scheduling Order, including that Trial remain set on September 11, 2017.

17  DATED: February _____, 2017.                CORNWELL & SAMPLE, LLP

20  By:_____
Stephen R. Cornwell
Attorneys for Plaintiffs
MELINDA AVILA, GRETEL LORENZO,
ALFREDO LORENZO, and JOSE LORENZO

23  DATED: February _____, 2017.                COTA COLE LLP

26  By:_____
Carolyn J. Frank
Attorneys for Defendants
COUNTY OF MADERA and RICHARD GONZALES

DATED:  February _____, 2017.

ATTORNEY GENERAL OF CALIFORNIA

By:_____
Catherine Woodbridge
Attorneys for Defendants
STATE OF CALIFORNIA by and through CALIFORNIA HIGHWAY PATROL and PAUL VARNER

**ORDER**

The Court hereby adopts the parties stipulation set for the above.

IT IS SO ORDERED.

Dated:  2/17/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

F:\Cases\AVILA.Melinda\PLEADINGS\STIP to CONTINUE.EXPERT.DISCLOSURE.doc