CAROLYN J. FRANK, Bar No. 245479
CFrank@cotalawfirm.com
DANIEL S. ROBERTS, Bar No. 205535
DRoberts@cotalawfirm.com
SEAN D. DE BURGH, Bar No. 264713
SDeburgh@cotalawfirm.com
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA  95661
Telephone:  (916) 780-9009
Facsimile:   (916) 780-9050

Attorneys for Defendants
County of Madera, Richard Gonzales, and
Guy Rich

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA AVILA; GRETEL LORENZO; ALFREDO LORENZO; and JOSE LORENZO,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF MADERA; RICHARD GONZALES; PAUL VARNER; GUY RICH and DOES 3 through 100, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00996 JAM-GSA<br>Hon. John A. Mendez<br><br>**STIPULATION REGARDING PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION PURSUANT TO F.R.C.P. 35; ORDER RE: PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION**<br><br>IME Date:  March 10, 2017 |

IT IS HEREBY STIPULATED by and between Plaintiff MELINDA AVILA ("Plaintiff") and Defendants COUNTY OF MADERA, and RICHARD GONZALES (collectively "Defendants"), by and through their respective counsel, that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure.  Said examination shall take place on **March 10, 2017** and will be conducted by Dr. Edward Cahill, M.D. commencing at 11:00 a.m. at the Rascal Creek Physical Therapy located at 3327 M Street, Merced, California, 95348.

This examination will be conducted for the purposes of determining the nature and extend of Plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, radiographic studies, history of the accident in question, and physical examination and evaluation.  Photographs of Plaintiff's injuries may be taken for use at trial.

IT IS FURTHER STIPULATED that Defendant will provide Plaintiff a copy of a detailed written report setting out the history, examinations, findings, including the results of all tests made, diagnose, prognoses, and conclusions of the examiner, Dr. Edward Cahill, M.D., within 15 days upon Defendants' receipt of same.

Dated: March 6, 2017                     CORNWELL & SAMPLE, LLP


                                         By:  /s/ *Stephen R. Cornwell*
                                              Stephen R. Cornwell
                                              Attorneys for Plaintiffs Melinda Avila,
                                              Gretel Lorenzo, Alfredo Lorenzo, and Jose
                                              Lorenzo

Dated: March 7, 2017           COTA COLE LLP

By:   /s/ *Carolyn J. Frank*
Carolyn J. Frank
Daniel S. Roberts
Sean D. De Burgh
Attorneys for Defendants County of Madera, Richard Gonzales, and Guy Rich

# **ORDER**

Pursuant to the parties' March 7, 2017 stipulation, the Court finds good cause to order a Rule 35 examination pursuant to the parties' stipulated terms.

IT IS SO ORDERED.

Dated: **March 8, 2017**          /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE