XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendants California Highway Patrol
and Officer Varner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELINDA AVILA, ET AL.,** | 1:15-cv-00996 JAM |
| Plaintiffs, | **STIPULATION AND ORDER RE: DEPOSITIONS** |
| v. | |
| **STATE OF CALIFORNIA, ET AL.,** | |
| Defendants. | |

Following a hearing on discovery issues with Magistrate Judge Erica Grosjean on April 27, 2017, the parties agree and stipulate as follows:

1. The depositions of experts Van Blaricom and Fonzi scheduled April 28, 2017 are cancelled and will be continued to date in May 2017 pending availability of the experts and counsel;

2. The depositions of certain expert witnesses were not able to be scheduled prior to the close of discovery on April 28, 2017. Consequently, the parties agreed that the depositions would be scheduled on dates the experts were available. *See* ECF No. 43. The depositions of the following experts are currently scheduled on the following dates:

1

1     a.     May 2, 2017 – Plaintiffs' vocational rehabilitation expert Dr. Sarkasian;

2     b.     May 9, 2017 – Plaintiffs' economic expert Mr. Mahla;

3     c.     May 10, 2017 – Plaintiff Melinda Avila's treating physician Dr. Malley;

4     d.     May 11, 2017 – Plaintiff Melinda Avila's treating physicians Dr. Lindvall and Dr. Pauls, and Plaintiffs' medical expert for Melinda Avila Dr. Baysal;

e.     May 12, 2017- Plaintiff Jose Lorenzo's treating physician Dr. Glasser and Plaintiff Melinda Avila's treating physicians Dr. Gill, Dr. Kumar and Dr. Ma; and

f.     May 19, 2017- Plaintiff Melinda Avila's treating physician Dr. Mullen.

3.     In the event that counsel for Plaintiffs is in trial and cannot attend the depositions of the experts identified in item No. 2 on the dates scheduled, Plaintiffs' counsel will provide alternative dates in May 2017 so that the depositions can be completed no later than May 31, 2017.

Dated: April 27, 2017

*/s/ Stephen R. Cornwell*
Stephen R. Cornwell, Attorney for Plaintiffs
CORNWELL & SAMPLE, LLP

Dated: April 27, 2017

*/s/ Carolyn J. Frank*
Carolyn J. Frank, Attorney for Defendants
County of Madera, Deputy Gonzales
COTA COLE & HUBER

Dated: April 27, 2017     XAVIER BECERRA
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

*/s/ Catherine Woodbridge*

CATHERINE WOODBRIDGE
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol and Officer Varner*

The parties having engaged in a discovery conference with Magistrate Judge Erica Grosjean on April 27, 2017, and for good cause appearing,

IT IS HEREBY ORDERED that

1. The depositions of experts Van Blaricom and Fonzi scheduled April 28, 2017 are cancelled and will be continued to date in May 2017 pending availability of the experts and counsel;

2. The parties having advised the Court in their Joint Mid-Litigation Status Report that the depositions of certain expert witnesses were not able to be scheduled prior to the close of discovery on April 28, 2017 (ECF No. 43), the depositions of the following experts are currently scheduled on the following dates:

    a. May 2, 2017 – Plaintiffs' vocational rehabilitation expert Dr. Sarkasian;

    b. May 9, 2017 – Plaintiffs' economic expert Mr. Mahla;

    c. May 10, 2017 – Plaintiff Melinda Avila's treating physician Dr. Malley;

    d. May 11, 2017 – Plaintiff Melinda Avila's treating physicians Dr. Lindvall and Dr. Pauls, and Plaintiffs' medical expert for Melinda Avila Dr. Baysal;

    e. May 12, 2017- Plaintiff Jose Lorenzo's treating physician Dr. Glasser and Plaintiff Melinda Avila's treating physicians Dr. Gill, Dr. Kumar and Dr. Ma; and

    f. May 19, 2017- Plaintiff Melinda Avila's treating physician Dr. Mullen.

3. In the event that counsel for Plaintiffs is in trial and cannot attend the depositions of the experts identified in item No. 2 on the dates scheduled, Plaintiffs' counsel will provide alternative dates in May 2017 so that the depositions can be completed no later than May 31, 2017.

Dated: April 28, 2017

/s/ John A. Mendez
U.S. DISTRICT COURT JUDGE

SA2014312707
32862017.doc.doc