| | |
|---|---|
| 1 | Stephen R. Cornwell, CA Bar #40737 |
| | CORNWELL & SAMPLE, LLP |
| 2 | Attorneys at Law |
| | 7045 N. Fruit Avenue |
| 3 | Fresno, CA  93711-0761 |
| | Telephone:  (559) 431-3142 |
| 4 | Facsimile:  (559) 436-1135 |

**(SPACE BELOW FOR FILING STAMP ONLY)**

Attorneys for Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; COUNTY OF MADERA; RICHARD GONZALES; PAUL VARNER; GUY RICH and DOES 3 through 100, inclusive,<br><br>        Defendants. | CASE NO.: 1:15-cv-00996-JAM-GSA<br><br>**REQUEST FOR DISMISSAL OF PLAINTIFFS' FOURTH CAUSE OF ACTION IN ITS ENTIRETY AND FIFTH CAUSE OF ACTION AS TO THE STATE OF CALIFORNIA AND THE COUNTY OF MADERA; AND ORDER THEREON** |

**TO THE ABOVE UNITED STATES DISTRICT COURT, THE CLERK OF THE COURT IN THE ABOVE-ENTITLED ACTION AND ALL PARTIES HEREIN:**

Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO request dismissal of the Fourth Cause of Action of their Third Amended Complaint in its entirety and dismissal of the Fifth Cause of Action of their Third Amended Complaint as against defendants, State of California and County of Madera, only.  The remainder of the Fifth Cause of Action remains as alleged against CHP Officer Paul Varner and Deputy Sheriff Richard Gonzales.

Request for Dismissal of Plaintiffs' Fourth COA in Its Entirety and Fifth COA
As Against the State of California and County of Madera Only

-1-

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

Plaintiffs informed defense counsel of the above at the time of their meet and confer on May 5, 2017, prior to the defense filings of their motions for summary judgment

DATED: June 5, 2017.                                              CORNWELL & SAMPLE, LLP


                                                By:__/s/_____
                                                    Stephen R. Cornwell
                                                    Attorneys for Plaintiffs
                                                MELINDA AVILA, GRETEL LORENZO,
                                                ALFREDO LORENZO, and JOSE LORENZO


**IT IS SO ORDERED.**

DATED:  6/6/2017                                /s/ John A. Mendez
                                                United States District Court Judge

F:\Cases\AVILA.Melinda\PLEADINGS\FEDERAL COURT\STIPULATION AND ORDER OF DISMISSAL.Cosentino Defendant.doc

Request for Dismissal of Plaintiffs' Fourth COA in Its Entirety and Fifth COA
As Against the State of California and County of Madera Only
-2-

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711