Stephen R. Cornwell, CA Bar #40737
Catherine M. Houlihan, CA Bar #312113
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF MADERA; RICHARD GONZALES; PAUL VARNER; GUY RICH and DOES 3 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:15-cv-00996-JAM-EPG<br><br>**PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND ORDER THEREON** |

Plaintiffs MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO ("Plaintiffs") hereby move the Court, pursuant to Federal Rules of Civil Procedure (F.R.C.P.) 5.2 and Local Civil Rule 141, for an Order for Exhibits to Plaintiffs Evidentiary Appendix in Support of Opposition to the California Highway Patrol and Paul Varner's Motion for Summary Judgment (Dkt. No 62), Exhibits to Plaintiffs Evidentiary Appendix in Support of Plaintiffs Opposition to the County of Madera and Richard Gonzales' Motion for Summary Judgment (Dkt. No 64), and Exhibits A, K, L, Q, S, U, and W to the Declaration of Carolyn J. Frank In support of Motion for Partial Summary Judgment and/or Motion for Summary Adjudication (Dkt. Nos. 57 -1; 57-

11; 57-12; 57-17; 57-19; 57-21; 57-22) (the "exhibits") to be filed under seal with the Court.

Plaintiffs seeks relief from the court and request that the documents filed by Plaintiffs, specifically Exhibits 11 and 12 to Plaintiffs Evidentiary Appendix which are copies of police reports from the day of the incident and contain Plaintiffs date of birth be filed under seal. Further, Plaintiffs request that the documents filed by Ms. Frank for the County, which are County of Madera Claim for Damages forms and copies of police reports from the day of the incident, which contain Plaintiffs date of birth and social security numbers also be filed under seal.

The information contained in these exhibits violate Plaintiffs privacy and potentially expose them to privacy invasions, identity theft and scams. The disclosure of such information by Plaintiffs' Counsel was unintentional and Plaintiffs' Counsel therefore seeks the relief of court to remedy this disclosure. Plaintiffs are also concerned that the disclosure by Defense exposes Plaintiffs to elevated privacy concerns since it contains the name, date of birth, address and social security number of Plaintiffs. Plaintiffs seek relief of the Court to seal the identified exhibits.

Plaintiffs request that these documents be sealed until such records can be disposed of due to the privacy needs of Plaintiffs. The identity of those permitted to have access to this document shall be Court users and staff, Counsel for Plaintiffs and his office staff, Defense counsel Carolyn J. Frank and Catherine Woodbridge and their office staff, and all parties to this action.

Accordingly, Plaintiffs respectfully submit this Request to Seal Documents titled:

1. Exhibits to Plaintiffs Evidentiary Appendix in Support of Opposition to the California Highway Patrol and Paul Varner's Motion for Summary Judgment;

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

2. Exhibits to Plaintiffs Evidentiary Appendix in Support of Plaintiffs Opposition to the County of Madera and Richard Gonzales' Motion for Summary Judgment; and

3. Exhibits A, K, L, Q, S, U, and W to the Declaration of Carolyn J. Frank In support of Motion for Partial Summary Judgment and/or Motion for Summary Adjudication.

A proposed Order is attached hereto.

DATED: June 8, 2017.

CORNWELL & SAMPLE, LLP

By: /s/ Catherine M. Houlihan
Stephen R. Cornwell
Catherine M. Houlihan
Attorneys for Plaintiffs
MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Good cause appearing,

**IT IS SO ORDERED** that the Sentencing documents be filed under seal.

DATED: June 12, 2017

_____
U.S. DISTRICT COURT JUDGE

F:\Cases\AVILA.Melinda\PLEADINGS\RQT.SEAL.DOCS.doc

REQUEST TO SEAL DOCUMENTS AND ORDER THERON
-3-