

**FILED**

**MAY 23 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**   <u>1:15-cv-00996-DAD-EPG</u>

**CASE NAME:**   <u>Melinda Avila, et al. vs. State of California, et al.</u>

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**.   The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.   Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated:   **May 23, 2018**                     *Dale A. Drozd*
                                                              DISTRICT JUDGE

**DATE EXHIBITS RETURNED:**   May 23, 2018

**Pltf Attorneys:** _Stephen Cornwell and Catherine Houlihan_

**Pltf Attorney Signatures:** _____

**DATE EXHIBITS RETURNED:**   May 23, 2018

**Deft Attorneys:** _Carolyn Frank and Catherine Woodbridge_

**Deft Attorney Signatures:** _____

**This document certifies that the above referenced exhibits were returned.**

**Date:**   May 23, 2018                     _____
                                                              **RENEE GAUMNITZ**
                                                              **Courtroom Clerk**

\* All admitted Exhibits received into evidence returned to Carolyn Frank for safe keeping