UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA AVILA, GRETEL LORENZO, ALFREDO LORENZO, and JOSE LORENZO,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, COUNTY OF MADERA, RICHARD GONZALES, and PAUL VARNER,<br><br>Defendants. | Case No. 1:15-cv-00996-DAD-EPG<br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of defendants State of California, County of Madera, Richard Gonzales, and Paul Varner, and against plaintiffs Melinda Avila, Gretel Lorenzo, Alfredo Lorenzo, and Jose Lorenzo on all plaintiffs' claims, according to the special verdicts of the trial jury returned in open court May 23, 2018.

Dated: May 25, 2018

MARIANNE MATHERLY, CLERK OF THE COURT

By: /s/ Renée Gaumnitz
Renée Gaumnitz, Deputy Clerk